No. 1968. EL PUEBLO, APELADO, *v.* PEÑA, APELANTE.—Corte de Distrito de Humacao. Acometimiento y agresión

grave. Resuelto en noviembre 27, 1922. Se ha examinado la acusación, la alegación del acusado, las instrucciones de la corte al jurado, el veredicto y el fallo y la sentencia, únicos documentos que con el escrito de apelación, forman el *record*; y no apareciendo que se haya alegado ni cometido error fundamental alguno, se confirma la sentencia.